IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GILBERT A. RODRIGUEZ**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 4:07-cv-97-DPJ-JCS**

**MARY MCLENDON, TODD KEMP,
JAIL ADMINISTRATOR, CLARKE COUNTY JAIL
AND CLARKE COUNTY SHERIFF'S DEPARTMENT**  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 2th day of November, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE